LEONGUERRERO_F.gar1a

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

MAR 31 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FREDERICK A. LEON GUERRERO, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 96-00105 <br><br> **APPLICATION FOR WRIT <br> OF CONTINUING GARNISHMENT** |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the Defendant-Judgment Debtor FREDERICK A. LEON GUERRERO, social security number XXX-XX-9410, whose last known mailing address is: P.O. Box XXXX, Hagåtña, Guam 96932 (hereinafter "Debtor"), in the above cited action for the sum of $12,600.00 which includes a $100.00 special assessment fee and a fine in the amount of $12,500.00.

There is a balance of $4,054.11, as of March 28, 2006 ($3,564.11 principal + $490.00 penalties).

//
//

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days and the Debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property (including nonexempt disposable earnings) in which the Debtor has a substantial nonexempt interest.

The names and address of the Garnishee or his authorized agent is:

>Legends International LLC
>Attn: Payroll
>Suite 2D, UIU Building
>267 S. Marine Corp Drive
>Tamuning, Guam 96913

The United States seeks the sum of 25% of the defendant's non-exempt net disposable earnings to be withheld from the defendant's wages, salary or commissions to be applied toward the judgment.

DATED this 30th day of March, 2006.

>LEONARDO M. RAPADAS
>United States Attorney
>Districts of Guam and the NMI
>
>By: /s/ Marivic P. David
>MARIVIC P. DAVID
>Assistant U.S. Attorney