LEONGUERRERO_F.gar2a

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
APR - 5 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FREDERICK A. LEON GUERRERO,<br><br>　　　　Defendant.<br><br>LEGENDS INTERNATIONAL LLC,<br><br>　　　　Garnishee. | CRIMINAL CASE NO. 96-00105<br><br>**ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT** |

On the application the United States of America, plaintiff, and in accordance with 28 U.S.C. § 3205, the Clerk of the United States District Court is directed to issue a Writ of Continuing Garnishment to the above-named garnishee against Defendant Judgment Debtor FREDERICK A. LEON GUERRERO in the above cited action.

**SO ORDERED** this ____ day of April 2006.

　　　　　　　　　　　　　　　　　　／s／ ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　District Judge

---

* The Honorable Roger T. Benitez, United States District Judge for the Southern District of California, sitting by designation.