ORIGINAL

LEONGUERRERO_F.gar7a

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

APR 14 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FREDERICK A. LEON GUERRERO, <br><br> Defendant, <br><br> LEGENDS INTERNATIONAL LLC, <br><br> Garnishee. | CRIMINAL CASE NO. 96-00105 <br><br> **CERTIFICATION OF SERVICE OF DOCUMENTS ON GARNISHEE** |

The United States of America, the judgment creditor herein, hereby certifies that filed copies of the following: **Application for Writ of Continuing Garnishment, Order Granting Court Approval for the District Court Clerk to Issue a Writ of Continuing Garnishment, Writ of Continuing Garnishment; Instructions to the Garnishee** and **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** were sent to the garnishee by certified mail on April 7, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 4/12/06         By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney