LEONGUERRERO_F.gar9a

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN 2 6 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FREDERICK A. LEON GUERRERO,<br><br>Defendant,<br>_____<br><br>LEGENDS INTERNATIONAL LLC,<br><br>Garnishee. | CRIMINAL CASE NO. 96-00105<br><br><br><br><br><br>**FINAL ORDER IN**<br>**CONTINUING GARNISHMENT** |

FINAL ORDER IN CONTINUING GARNISHMENT

This matter is before the Court for consideration of the entry of a final order in continuing garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205, against the non-exempt earnings of the judgment defendant, FREDERICK A. LEONGUERRO.

An Application of Writ of Continuing Garnishment directed to Garnishee has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due defendant, in the form of earnings.

The defendant was served with a copy of the Writ of Continuing Garnishment and notified of his right to a hearing. The defendant has not requested a hearing to determine exempt property.

Whereupon the Court, having considered the Application for a Writ of Continuing Garnishment against the earnings of the Defendant, the Answer of the Garnishee, and noting that the defendant, FREDERICK A. LEON GUERRERO, has not exercised his right to request a hearing now finds that the entry of a final order of continuing garnishment is in all respects proper.

IT IS THEREFORE ORDERED Garnishee shall pay to plaintiff the lesser of a) 25% for any workweek, pursuant to 15 U.S.C. § 1673(a), of defendant's disposable earnings or b) the amount by which defendant's disposable earnings exceed 30 times the federal minimum hourly wage. "Disposable earnings" are those earnings remaining after deductions of any amount required by law to be withheld, such as social security and withholding taxes. These payments shall be made at the same time the employee is paid and shall continue until the debt to the plaintiff is paid in full or the Garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court. Payments shall be made payable to the **"Clerk, U.S. District Court of Guam"** and sent to the U.S. District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam 96910.

IT IS FURTHER ORDERED that any amounts which the Garnishee may be holding pursuant to the Writ of Continuing Garnishment shall immediately be turned over to the Clerk, U.S. District of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam 96910.

DATED this 26 day of June, 2006.

WM. FREMMING NIELSEN[*]
District Judge

---

[*]The Honorable Wm. Fremming Nielsen, United States Senior District Judge for the Eastern District of Washington, by designation.