ORIGINAL

1 | LEONGUERRERO_F.aacg

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

**FILED**

DISTRICT COURT OF GUAM

AUG - 3 2006 nba

**MARY L.M. MORAN
CLERK OF COURT**

7 | Attorney's for United States of America

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE DISTRICT OF GUAM

10 | UNITED STATES OF AMERICA, )    CRIMINAL CASE NO. 96-00105
 | )
11 |      Plaintiff, )
 | )
12 |      vs. )    **ANNUAL ACCOUNTING
 | )    IN GARNISHMENT**
13 | FREDERICK A. LEON GUERRERO, )
 | )
14 |      Defendant. )
 | )

16 | To:    LV Ventures dba Lucky 888 Gameroom
Attn: Payroll
17 |      P.O. Box 9640
Tamuning, Guam 96931

19 |      Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the

20 | following annual accounting of the monies and property received under the Writ of Continuing

21 | Garnishment filed in the above entitled action.

22 |      Pursuant to the Writ of Continuing Garnishment issued on or about June 6, 2005,

23 | $1,035.72 has been withheld from the Judgment Debtor and applied to the judgment debt.

24 |      RESPECTFULLY SUBMITTED this _3rd_ day of _August_, 2006.

26 |                LEONARDO M. RAPADAS
United States Attorney
27 |                Districts of Guam and the NMI

By: 

               MARIVIC P. DAVID
               Assistant U.S. Attorney

PAYMENT HISTORY
FOR: 1997Z00202

DEBTOR: Leon Guerrero, Frederick A.
COLLECTION TYPE: 3
BALANCE AS OF JULY 19, 2006: $3,809.28

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|-----------|------|---------------|-----------|----------------|
| 08-JUL-2005 | GC/H | 0026707 | 8483 | $ 8.08 |
| 10-AUG-2005 | GC/H | 0026905 | 8513 | 94.54 |
| 03-OCT-2005 | GC/H | 0027179 | 8538 | 87.27 |
| 17-OCT-2005 | GC/H | 0027363 | 8549 | 25.05 |
| 09-NOV-2005 | GC/H | 0027503 | | 100.00 |
| 17-JAN-2006 | GC/H | | 8588 & 8610 | 261.82 |
| 23-FEB-2006 | GC/H | 0028164 | 8631 | 113.93 |
| 09-MAR-2006 | GC/H | 0028239 | 8648 | 100.20 |
| 13-APR-2006 | GC/H | 0028425 | 8667 | 34.74 |
| 19-JUL-2006 | GC/H | 0029026 | 8698 | 65.45 |
| 19-JUL-2006 | GC/H | 0029027 | 8716 | 144.64 |

TOTAL DOLLAR AMOUNT OF PAYMENTS: **$1,035.72**