ORIGINAL

1 | **LEONGUERRERO_F.svc**

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

**FILED**
DISTRICT COURT OF GUAM
AUG -8 2006
MARY L.M. MORAN
CLERK OF COURT

7 Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 96-00105 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| FREDERICK A. LEON GUERRERO, | ) | |
| Defendant, | ) | |
| LV VENTURES dba LUCKY 888 GAMEROOM, | ) | |
| Garnishee. | ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the following: **Annual Accounting in Garnishment** was sent to the defendant and garnishee by mail on _August 8, 2006_.

MICHELLE PEREZ