ORIGINAL

1  **LEONGUERRERO_F.otscmtn**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Street
5  Hagåtña, Guam 96910
   Telephone: (671) 472-7332/7283
6  Telecopier: (671) 472-7334

7  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

NOV - 9 2006

MARY L.M. MORAN
CLERK OF COURT

8
9
10

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

11  UNITED STATES OF AMERICA,           )    CRIMINAL CASE NO. 96-00105
                                        )
12                      Plaintiff,      )
                                        )
        vs.                             )
13                                      )
    FREDERICK A. LEON GUERRERO,         )    UNITED STATES' MOTION FOR
14                                      )    ORDER TO SHOW CAUSE
                    Defendant-Debtor,   )
15                                      )
                        and            )
16                                      )
    LEGENDS INTERNATIONAL, LLC,         )
17                                      )
                      Garnishee         )
18  _____ )

19

20      Plaintiff United States of America (hereafter the "United States"), by and through its

21  counsel, Marivic P. David, Assistant United States Attorney, moves the Court for an order

22  requiring garnishee, LEGENDS INTERNATIONAL, LLC. (hereafter "Garnishee"), to appear

23  and show cause why it should not be held in civil contempt for failing to abide by the Final Order

24  in Garnishment issued on June 26, 2006. If Garnishee fails to appear or fails to show good cause

25  //

26  //

27  //

28  //

1  for failing to abide by an order of the Court, the United States requests that the garnishee be

2  imprisoned or fined until it complies with the Court's Order, pursuant to 18 U.S.C. § 401(3), or

3  in the alternative, that the Court shall enter judgment against the Garnishee for the value of the

4  judgment debtor's nonexempt disposable earnings pursuant to 28 U.S.C. § 3205(c)(6).\

5      This motion is supported by a Memorandum of Points and Authorities filed herewith and

6  by this reference made a part hereof.

7      DATED this _*9th*_ day of November 2006.

8

9                                    LEONARDO M. RAPADAS
                                      United States Attorney
                                      Districts of Guam and NMI

10

11

                              By:    _____
12
                                      MARIVIC P. DAVID
13                                    Assistant U.S. Attorney

14

15

16                          CERTIFICATE OF SERVICE

17      I hereby certify that I am an employee of the United States Attorney's Office for the

18  District of Guam and that a copy of the UNITED STATES' MOTION FOR ORDER TO SHOW

19  CAUSE was served upon the parties by placing a copy of same in the United States mail, postage

20  prepaid, this _*9th*_ day of November, 2006, as addressed as follows:

21

22  LEGENDS INTERNATIONAL LLC.
    Attn: Capt. David D. Wallace
23  Suite 2D, UIU Building
    Tamuning, Guam 96913
24

25                                    _____
                                      MICHELLE PEREZ
26

27

28