ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV 15 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> FREDERICK A. LEON GUERRERO, ) <br> ) <br> Defendant-Debtor, ) <br> ) <br> and ) <br> ) <br> LEGENDS INTERNATIONAL, LLC, ) <br> ) <br> Garnishee ) | CRIMINAL CASE NO. 96-00105 <br><br><br><br><br> **ORDER TO SHOW CAUSE** |

TO: **LEGENDS INTERNATIONAL LLC.**
**Attn: Captain David D. Wallace**

It appears from the records of this Court that on June 26, 2006, you were commanded to withhold and forward funds to the Clerk, U.S. District Court of Guam that were attached by the Writ of Continuing Garnishment that was issued on April 5, 2006.

Based upon the United States' Motion for Order to Show Cause, with its supporting Memorandum and Affidavit, it appears that you have failed to forward funds to the United States as required by the Order.

IT IS NOW ORDERED THEREFORE that you appear in person before the Court on November 21, 2006 at the hour of 9:30 before the Honorable Frances M. Tydingco-Gatewood at the place of the District Court of Guam, 4th Floor, 520 West Soledad Avenue, Hagåtña, Guam

to show cause why you failed to comply with the Writ of Continuing Garnishment, and should not be punished by imprisonment or fined for contempt of court for failure to obey a lawful order of this court.

SO ORDERED this 15th day of November 2006.

/s/ Frances M. Tydingco-Gatewood
FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam