# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **USA,** Plaintiff, vs. Frederick A. Leon Guerrero, Defendant. | **Case No: 1:96-cr-00105** |

The following entities were served by first class mail on November 15, 2006:

    Legends International LLC, Attn: Captain David D. Wallace

I, Leilani R. Toves Hernandez, declare under penalty of perjury that on the above-listed date I served the:

Order to Show Cause filed 11/15/2006

on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 16, 2006          /s/ Leilani R. Toves Hernandez
                                               Deputy Clerk