ORIGINAL

LEONGUERRERO_M.mtn

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for Plaintiff

FILED
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 96-00105 |
| Plaintiff, ) | |
| vs. ) | UNITED STATES' MOTION TO WITHDRAW U.S. MOTION FOR ORDER TO SHOW CAUSE |
| FREDERICK A. LEON GUERRERO, ) | |
| Defendant-Debtor, ) | |
| and ) | |
| LEGENDS INTERNATIONAL, LLC, ) | |
| Garnishee ) | |

COMES NOW Plaintiff, UNITED STATES OF AMERICA, by and through its undersigned attorney and hereby moves to withdraw the United States' Motion for Order to Show Cause as Garnishee has complied with the Final Order in Garnishment and has submitted the amount of $1,278.96 to the Clerk's Office on November 20, 2006 as required. See Attachment "A."

RESPECTFULLY SUBMITTED this 20th day of November, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

```
                RECEIPT FOR PAYMENT
              DISTRICT COURT OF GUAM
                   HAGATNA, GUAM

Rcpt#: 30437              Date: 11/20/2006
                          Time: 1:50:11 PM

Received From:
   Wallace, Jr., David D.
   UIU Building Ste. 20
   257 S. Marine Dr.
   Tamuning, GU 96913

=========================================

CR-96-00105
USA vs Frederick A. Leon Guerrero
Party: LEON GUERRERO, FREDERICK A.
     Account              Amount
-----------------------------------------
Assessments/Fines 01
     504100                1,278.96
                        ================
TOTAL DUE........:        1,278.96
                        ================
TENDERED.........:
   Check.........:        1,278.96
       #103  101-503/1214
                        ----------------
TOTAL RECEIVED...:        1,278.96
                        ----------------
CHANGE DUE.......:            0.00


Checks and drafts are accepted subject
to collection and full credit will only
be given when the check or draft has
been accepted by the financial
institution on which it was drawn.


Deputy
Clerk: Marilyn B Alcon
       Marilyn B Alcon
```

