LEONGUERRERO_F.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV 21 2006 mba
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 96-00105 |
| Plaintiff, ) | **O R D E R** |
| v. ) | Re: United States' Motion to Withdraw |
| FREDERICK A. LEON GUERRERO, ) | U.S. Motion for Order to Show Cause |
| Defendant-Debtor, ) | |
| and ) | |
| LEGENDS INTERNATIONAL, LLC, ) | |
| Garnishee ) | |

Based upon the Plaintiff's Motion to Withdraw U.S. Motion for Order to Show Cause, the Court hereby orders the U.S. Motion for Order to Show Cause withdrawn and the Order to Show Cause hearing scheduled for November 21, 2006 at 9:30 a.m. is taken off calender.

**IT IS SO ORDERED**, this 21st day of November, 2006.

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam