ORIGINAL

LEONGUERRERO_F.ter

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 22 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>FREDERICK A. LEON GUERRERO,<br><br>    Defendant,<br><br>LEGENDS INTERNATIONAL, LLC,<br><br>    Garnishee. | CRIMINAL CASE NO. 96-00105<br><br>**MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |

On or about April 5, 2006, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about November 21, 2006, our office

//
//
//
//
//
//

confirmed with the garnishee that defendant is no longer employed with them as the company is no longer in business. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant FREDERICK A. LEON GUERRERO.

DATED this 21st day of November, 2006.

          LEONARDO M. RAPADAS
          United States Attorney
          Districts of Guam and the NMI

By: _____
     MARIVIC P. DAVID
     Assistant U.S. Attorney