ORIGINAL

LEONGUERRERO_F.svc

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 24 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FREDERICK A. LEON GUERRERO, ) <br> ) <br> Defendant, ) <br> ———————————————) <br> ) <br> LEGENDS INTERNATIONAL, LLC, ) <br> ) <br> Garnishee. ) <br> ———————————————) | CRIMINAL CASE NO. 96-00105 <br><br> **CERTIFICATE OF SERVICE** |

     I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the following: **United States Motion to Withdraw U.S. Motion for Order to Show Cause** and **Order Re: United States Motion to Withdraw U.S. Motion for Order to Show Cause** were sent to the garnishee by mail on November 24, 2006.

/s/ Michelle Perez
MICHELLE PEREZ