LEONGUERRERO_F.terord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV 27 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FREDERICK A. LEON GUERRERO, ) <br> ) <br> Defendant, ) <br> ) <br> LEGENDS INTERNATIONAL, LLC, ) <br> ) <br> Garnishee. ) | CRIMINAL CASE NO. 96-00105 <br><br> **O R D E R** <br><br> Re: United States Motion to Terminate Writ of Continuing Garnishment |

Based upon the Plaintiff's Motion to Terminate Writ of Continuing Garnishment, the Court hereby finds that for the reasons stated in the Plaintiff's motion, the Writ of Continuing Garnishment is hereby terminated.

**SO ORDERED**, this 27th day of November, 2006.

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam

**ORIGINAL**