ORIGINAL

LEONGUERRERO_F.facg

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 28 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>FREDERICK A. LEON GUERRERO,<br>Defendant, | CRIMINAL CASE NO. 96-00105<br><br>**FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT** |

FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To: LEGENDS INTERNATIONAL LLC.
Attn: Capt. David D. Wallace
Suite 2D, UIU Building
267 s. Marine Drive
Tamuning, Guam 96913

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about April 5, 2006, $1,278.96 has been withheld from the Judgment Debtor and applied to the judgment debt.

//

//

//

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the written objection to the United States District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

DATED this 21st day of November, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: ____________________
MARIVIC P. DAVID
Assistant U.S. Attorney

PAYMENT HISTORY
FOR: 1997Z00202

DEBTOR: Leon Guerrero, Frederick A.
COLLECTION TYPE: 3
BALANCE AS OF NOVEMBER 20, 2006: $2,211.20

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 20-NOV-2006 | GC/H | 0030437 | 103 | $1,278.96 |

TOTAL DOLLAR AMOUNT OF PAYMENTS: **$1,278.96**