ORIGINAL

1  LEONGUERRERO_F.facg

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910-5059
   TEL:  (671) 472-7332
6  FAX:  (671) 472-7215

7  Attorneys for United States of America

8              IN THE UNITED STATES DISTRICT COURT

9                 FOR THE DISTRICT OF GUAM

10  UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO. 96-00105
                                       )
11              Plaintiff,             )
                                       )
12         vs.                         )    **CERTIFICATE OF SERVICE**
                                       )
13  FREDERICK A. LEON GUERRERO,        )
                                       )
14              Defendant,             )
    _____)
15                                     )
    LEGENDS INTERNATIONAL, LLC,        )
16                                     )
                Garnishee.             )
17  _____)

18      I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed

19  copy of the following:  **Motion to Terminate Writ of Continuing Garnishment, Order Re:**

20  **United States Motion to Terminate Writ of Continuing Garnishment** and **Final Accounting**

21  **Upon Termination Garnishment** were sent to the defendant and garnishee by mail on

22  November 29, 2006                    .

23

24

25                                      MICHELLE PEREZ

26

27

28