ORIGINAL

LEONGUERRERO_F.aacg2

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
JUL 13 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 96-00105 |
| Plaintiff, ) | |
| vs. ) | **ANNUAL ACCOUNTING IN GARNISHMENT** |
| FREDERICK A. LEON GUERRERO, ) | |
| Defendant. ) | |

To: LV Ventures dba Lucky 888 Gameroom
Attn: Payroll
P.O. Box 9640
Tamuning, Guam 96931

Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following annual accounting of the monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about June 6, 2005, $797.48 has been withheld from the Judgment Debtor and applied to the judgment debt.

RESPECTFULLY SUBMITTED this 13th day of July, 2007.

LEONARDO M. RAPADAS
United States Attorney
District of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

PAYMENT HISTORY
FOR: 1997Z00202

DEBTOR: Leon Guerrero, Frederick A.
COLLECTION TYPE: 3
BALANCE AS OF JULY 19, 2006: $3,809.28

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 18-AUG-2006 | GC/H | 0029591 | 8680 | $ 57.37 |
| 18-AUG-2006 | GC/H | 0029592 | 8731 | 67.00 |
| 29-SEP-2006 | GC/H | 0030080 | 8748 | 122.02 |
| 19-OCT-2006 | GC/H | 0030219 | 8771 | 72.73 |
| 09-MAR-2007 | GC/H | 0031111 | 8846 | 48.48 |
| 09-MAR-2007 | GC/H | 0031112 | 8865 | 117.16 |
| 15-JUN-2007 | GC/H | 0031660 | 8903 | 189.90 |
| 15-JUN-2007 | GC/H | 0031661 | 8926 | 122.82 |

TOTAL DOLLAR AMOUNT OF PAYMENTS: **$797.48**