ORIGINAL

LEON GUERRERO_F.ter

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
DEC - 7 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> FREDERICK A. LEON GUERRERO, ) <br> ) <br> Defendant, ) <br> _____ ) <br> ) <br> LV VENTURE ) <br> dba LUCKY 888 GAMEROOM, ) <br> ) <br> Garnishee. ) <br> _____ ) | CRIMINAL CASE NO. 96-00105 <br><br> **MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |

On or about June 6, 2005, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about December 5, 2007, our office

//
//
//
//
//
//

confirmed with the garnishee that defendant is no longer employed with them. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant FREDERICK A. LEON GUERRERO.

DATED this 7th day of December, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney