```
ORIGINAL
```

1  LEONGUERRERO_F.facg

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorney's for United States of America



FILED
DISTRICT COURT OF GUAM
DEC 10 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 96-00105 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **FINAL ACCOUNTING UPON** |
| FREDERICK A. LEON GUERRERO, | ) **TERMINATION OF GARNISHMENT** |
| Defendant, | ) |

FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To:  LV Ventures
     dba Lucky 888 Gameroom
     Attn: Payroll
     P.O. Box 9640
     Tamuning, Guam 96931

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about June 6, 2005, $1,833.20 has been withheld from the Judgment Debtor and applied to the judgment debt.

//
//
//

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the written objection to the United States District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

DATED this 7th day of December, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney

PAYMENT HISTORY
FOR: 1998B20728 (1997R00202)

DEBTOR: Leon Guerrero, Frederick
COLLECTION TYPE: 3
BALANCE AS OF OCTOBER 28, 2007:    $685.84

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 08-JUL-2005 | GC/H | 0026707 | 8483 | $ 8.08 |
| 10-AUG-2005 | GC/H | 0026905 | 8513 | 94.54 |
| 03-OCT-2005 | GC/H | 0027179 | 8538 | 87.27 |
| 17-OCT-2005 | GC/H | 0027363 | 8449 | 25.05 |
| 09-NOV-2005 | GC/H | 0027503 | 8566 | 100.00 |
| 17-JAN-2006 | GC/H | 0027923 | 8588 & 8610 | 261.82 |
| 23-FEB-2006 | GC/H | 0028164 | 8631 | 113.93 |
| 09-MAR-2006 | GC/H | 0028239 | 8648 | 100.20 |
| 13-APR-2006 | GC/H | 0028425 | 8667 | 34.74 |
| 19-JUL-2006 | GC/H | 0029026 | 8698 | 65.45 |
| 19-JUL-2006 | GC/H | 0029027 | 8716 | 144.64 |
| 18-AUG-2006 | GC/H | 0029591 | 8680 | 57.37 |
| 18-AUG-2006 | GC/H | 0029592 | 8731 | 67.00 |
| 29-SEP-2006 | GC/H | 0030080 | 8748 | 122.02 |
| 19-OCT-2006 | GC/H | 0030219 | 8771 | 72.73 |
| 09-MAR-2007 | GC/H | 0031111 | 8846 | 48.48 |
| 09-MAR-2007 | GC/H | 0031112 | 8865 | 117.16 |
| 15-JUN-2007 | GC/H | 0031660 | 8903 | 189.90 |
| 15-JUN-2007 | GC/H | 0031661 | 8926 | 122.82 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:    $1,833.20